1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11     TERRENCE WHITE,                              Case No.: 1:24-cv-01389-SKO

12                    Plaintiff,                    **ORDER DIRECTING PLAINTIFF TO**
                                                    **CLARIFY AND COMPLETE HIS**
13            v.                                    **RESPONSES TO QUESTIONS 2 AND 3(f) IN**
                                                    **THE APPLICATION TO PROCEED IN**
14     CALIFORNIA DEPARTMENT OF                     **DISTRICT COURT WITHOUT**
       CORRECTIONS AND                              **PREPAYING FEES OR COSTS**
15     REHABILITATION, et al.,
                                                    (Doc. 2)
16                    Defendants.
                                                    **14-DAY DEADLINE**
17

18            Plaintiff Terrence White is former state prisoner and current parolee proceeding pro se in

19     this civil rights action pursuant to 42 U.S.C. section 1983.

20     **I.      INTRODUCTION**

21            Plaintiff initiated this action by filing his complaint on November 13, 2024,[1] and filed an

22     Application to Proceed in District Court Without Prepaying Fees or Costs. (Docs. 1, 2.)

23     ───────────────────

24     [1] Plaintiff is advised the Court is required to screen complaints brought by former prisoners and parolees
       pursuant to 28 U.S.C. section 1915A(a). *See, e.g*., *Sample v. Heath*, No. 1:15-cv-00164-SKO (PC), 2015
25     WL 6689557, at *1 (E.D. Cal. Oct. 28, 2015) (screening complaint brought by "former prisoner");
       *Wallace v. Jones*, No. 2:12-cv-02018 TLN DAD P, 2013 WL 2190174, at *1 (E.D. Cal. May 20, 2013)
26     ("The court is required to screen complaints brought by prisoners and parolees seeking relief against a
       governmental entity or an officer or employee of a government entity"). Following resolution of Plaintiff's
27     application to proceed without prepayment of the filing fee, Plaintiff's complaint will be screened in due
       course. This Court is one of the busiest district courts in the nation. Delays, while unfortunate, are
28     inevitable.

1

**II.     DISCUSSION**

2       Plaintiff states that his "gross pay or wages" and "take-home pay or wages" are $800

3 every two weeks, and he does not receive any income from the following sources: business,

4 profession, or other self-employment; rent payments, interest, or dividends; pension, annuity, or

5 life insurance payments; disability or workers' compensation payments; or gifts or inheritances.

6 (Doc. 2 at 1.)  He states he has received "other source" income from "a Go-fund me account" in

7 the past twelve months, but does not set forth the amount or whether he expects to receive income

8 from that account "in the future." (*Id*.) Plaintiff states he has $42 in cash or a checking or saving

9 account, does not own any automobile, real estate, stock, bond, security, trust, jewelry, artwork,

10 or other financial instrument or thing of value. (*Id*. at 2.) Plaintiff's monthly expenses include rent

11 and car insurance, his other financial obligations include a phone bill and a credit card bill, and no

12 other persons are dependent upon him for support. (*Id*.)

13       The Court notes Plaintiff's response to Question 2 concerning his employment is unclear.

14 Plaintiff indicates his "gross pay or wages" and his "take-home pay or wages" are each "800.00"

15 "every 2 weeks." Typically one's gross (pre-tax, pre-deduction) pay is higher than one's take

16 home (after tax, after deduction) pay. Plaintiff is required to clarify his response. Plaintiff's

17 response to Question 3(f) is also incomplete. While Plaintiff acknowledges he received income

18 from another source in the form of a GoFundMe account, Plaintiff was required to "state the

19 amount that [he] received and what [he expects] to receive in the future" from that account.

20       To ensure that Plaintiff is entitled to proceed without prepayment of the required $405

21 filing fee for this action, Plaintiff will be directed to clarify and complete his responses to

22 questions 2 and 3(f) before the Court issues a ruling on his pending application.

23     **III.     CONCLUSION AND ORDER**

24       Accordingly, **IT IS HEREBY ORDERED** as follows:

25     1.  The Clerk of the Court is **DIRECTED** to serve Plaintiff with a copy of his application

26         filed November 13, 2024, (Doc. 2), for ease of reference and as a one-time courtesy,

27         along with this Order;

28

2

1    2.  Plaintiff **SHALL** clarify and complete his responses to the following questions, *in*

2        *writing and under penalty of perjury*, <u>**within 14 days**</u> of the date of this Order:

3            a.  Plaintiff **SHALL** clarify his response to Question 2 by stating whether his

4                "gross pay or wages" and his "take-home pay or wages" are the same: $800

5                every two weeks, or whether those two sums are different after tax deductions

6                or other deductions. If those sums are different, Plaintiff should provide the

7                corrected figures; and

8            b.  Plaintiff **SHALL** provide a complete response to Question 3(f) regarding any

9                GoFundMe account. Specifically, Plaintiff shall state (1) the amount of income

10               he earned from the GoFundMe account; and (2) whether he expects to receive

11               income from the GoFundMe account in the future.

12       **WARNING: A failure to comply with this Order may result in a recommendation**

13       **that this action be dismissed, without prejudice, for a failure to obey court orders**.

14
     IT IS SO ORDERED.
15

16   Dated:   <u>**November 15, 2024**</u>                    /s/ *Sheila K. Oberto*

17                                                  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28