UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE WHITE,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>          Defendants. | Case No.: 1:24-cv-01389-SKO<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DISMISS THIS ACTION**<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO REPLY TO NOVEMBER 15, 2024, ORDER**<br><br>(Doc. 7) |

Plaintiff Terrence White is former state prisoner and current parolee proceeding pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

**I.     BACKGROUND**

Plaintiff initiated this action by filing his complaint on November 13, 2024. (Doc. 1.) Plaintiff also filed an Application to Proceed in District Court Without Prepaying Fees or Costs. (Doc. 2.)

On November 15, 2024, the Court issued its Order Directing Plaintiff to Clarify and Complete His Responses to Questions 2 and 3(f) in the Application to Proceed in District Court Without Prepaying Fees and Costs. (Doc. 4.) Plaintiff was to respond within 14 days. (*Id*. at 3.)

On December 10, 2024, when Plaintiff failed to respond, the Court issued Findings and Recommendations to dismiss this action for Plaintiff's failure to obey court orders and failure to

prosecute. (Doc. 6.) Any objections were to be filed within 14 days. (*Id*. at 4.)

On December 26, 2024, Plaintiff filed a document titled "Objection to Magistrate Judge's Findings and Recommendations; Motion for Extension of Time (Fed. R. Civ. P. 26(b); 72(a))." (Doc. 7.)

## II.     DISCUSSION

Plaintiff's objections state he never received the Court's November 15, 2024, order. (Doc. 7 at 2, 4.) He only became aware of the order on December 17, 2024, when he received the Court's Findings and Recommendations. (*Id*.) Without access to a printer, Plaintiff asked a friend to obtain a copy of the November order for him. (*Id.* at 4.) Plaintiff states he has been unable to complete a response to that order due to his "limited finances" and spending time "looking for work or completing tasks which are necessary for [his] survival." (*Id*.) He asks for an extension of 14-days to complete his response to the Court's November 15, 2024, order. (*Id*.)

In light of the foregoing, the Court will vacate the Findings and Recommendations and grant Plaintiff an extension of time within which to file a response to the November 15, 2024, order.

## III.     CONCLUSION AND ORDER

Accordingly, the Court **ORDERS** as follows:

1. The Findings and Recommendations (Doc. 6) issued December 10, 2024, are **VACATED**;
2. Plaintiff's request for an extension of time is **GRANTED**; and
3. Plaintiff **SHALL** file a response to the Court's November 15, 2024, order, **within 14 days** of the date of this Order. **A failure to comply with this Order will result in reissuance of findings and recommendations to dismiss this action for a failure to obey court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated:   **January 2, 2025**                       /s/ *Sheila K. Oberto*
                                                                   UNITED STATES MAGISTRATE JUDGE